7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Gas–Mart USA, Inc.  
*Debtor*

*Bankruptcy Case No.*  
15–41915–abf11

**The Official Committee of Unsecured Creditors of Gas–Mart USA, Inc. et al.**  
  Plaintiff(s)

*Adversary Case No.*  
16–04064–abf

v.

**Buchanan County Collector**  
  Defendant(s)

# JUDGMENT

  The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment by Default is hereby entered in favor of the Plaintiff, The official Committee of Unsecured Creditors of Gas–Mart USA, Inc., et al, and against the Defendant, Buchanan County Collector in the amount of $35,428.61.



PAIGE WYMORE–WYNN  
Court Executive

By: /s/ Sharon Greene  
  Deputy Clerk

Date of issuance: 10/11/16

Court to serve